David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:  (602) 265-3332
Facsimile:   (602) 230-4482

Ryan L. McBride, Esq. (SBN: 032001)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Brian Swontek, | Case No.: 2:16-CV-03602-DJH |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| v. | |
| Experian Information Solutions, Inc.; Equifax Information Services, LLC; Trans Union, LLC; RGS Financial, Inc.; Portfolio Recovery Associates, LLC; Continental Central Credit, Inc.; and Hughes Federal Credit Union, | |
| Defendant. | |

Please take notice: Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have settled this matter as to Equifax ONLY. Plaintiff and Equifax intend to file a stipulation to dismiss Defendant Equifax only with prejudice within 45 days of this notice.

Date: July 20, 2017

**Kazerouni Law Group**

By: /s/ Ryan L. McBride
Ryan L. McBride
Attorney for the Plaintiff