David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

Ryan L. McBride, Esq. (SBN: 032001)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek, <br><br> Plaintiff, <br><br> v. <br><br> Experian Information Solutions, Inc.; Equifax Information Services, LLC; Trans Union, LLC; RGS Financial, Inc.; Portfolio Recovery Associates, LLC; Continental Central Credit, Inc.; and Hughes Federal Credit Union, <br><br> Defendants. | **Case No.: 2:16-CV-03602-DJH** <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANTS TRANS UNION, LLC, RGS FINANCIAL, INC., AND EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff BRIAN SWONTEK ("Plaintiff") and Defendants Trans Union, LLC ("Trans Union"), RGS Financial, Inc. ("RGS"), and Experian Information Solutions, Inc. ("Experian") have been resolved on an individual basis.  The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Trans Union, RGS, and Experian with prejudice, within 60 days.  Plaintiff requests that all pending dates and filing requirements as to Trans Union, RGS, and Experian be vacated and that the Court set a deadline on or after March 3, 2018 for filing a dismissal as to Trans Union, RGS, and Experian only.

Date: January 3, 2018              **Kazerouni Law Group**

By:/s/ Ryan L. McBride
Ryan L. McBride
Attorney for the Plaintiff