David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:  (602) 265-3332
Facsimile:   (602) 230-4482

Ryan L. McBride, Esq. (SBN: 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

*Attorneys for Plaintiff,*
Brian Swontek

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Brian Swontek, | Case No.: 2:16-CV-03602-DJH |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO HUGHES FEDERAL CREDIT UNION ONLY** |
| Experian Information Solutions, Inc.; Equifax Information Services, LLC, Trans Union, LLC; RGS Financial, Inc.; Portfolio Recovery Associates, LLC; Continental Central Credit, Inc.; and PRA Federal Credit Union, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that this case has been settled as to Defendant Hughes Federal Credit Union ("Hughes") only.  The Plaintiff anticipates filing the Stipulation to Dismiss this action, with prejudice, as to Defendant Hughes Federal Credit Union only, with each party bearing their own attorney's fees and costs, within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated as to Hughes, and that the Court set a deadline on or after April 12, 2018 for filing a Request for Dismissal.

Respectfully submitted,

Date:  February 20, 2018                         **KAZEROUNI LAW GROUP**

                                                By:  s/ Ryan L. McBride
                                                        Ryan L. McBride
                                                        *Attorneys for Plaintiff*

**HYDE & SWIGART**
Phoenix, Arizona