# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek, | No. CV-16-03602-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Settlement Notice of Settlement as to Hughes Federal Credit Union Only (Doc. 88).

Accordingly,

IT IS ORDERED that a Stipulation to Dismiss **as to Defendant Hughes Federal Credit Union only** shall be filed on or before **April 23, 2018**. If said Stipulation to Dismiss has not been filed by April 23, 2018, the parties shall file a Status Report to the Court on that date.

IT IS FURTHER ORDERED that any other case management deadlines as to Defendant Hughes Federal Credit Union only are VACATED.

Dated this 6th day of March, 2018.

Honorable Diane J. Humetewa
United States District Judge