1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek, | No. CV-16-03602-PHX-DJH |
|        Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
|        Defendants. | |

The Court having received the parties' Stipulation for Dismissal of Defendant RGS Financial, Inc. with Prejudice (Doc. 91),

IT IS ORDERED approving the Stipulation (Doc. 91) and dismissing this action as to Defendant RGS Financial, Inc. only, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate Defendant RGS Financial, Inc. only.

Dated this 6th day of March, 2018.

_____
Honorable Diane J. Humetewa
United States District Judge