# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek, | No. CV-16-03602-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

The Court having received the parties' Stipulation for Dismissal of Defendant Trans Union, LLC with Prejudice (Doc. 92),

IT IS ORDERED approving the Stipulation (Doc. 92) and dismissing this action as to Defendant Trans Union, LLC only, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate Defendant Trans Union, LLC only.

Dated this 6th day of March, 2018.

Honorable Diane J. Humetewa
United States District Judge