David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:  (602) 265-3332
Facsimile:   (602) 230-4482

Ryan L. McBride, Esq. (SBN: 032001)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek,<br><br>                    Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC; Trans Union, LLC; RGS Financial, Inc.; Portfolio Recovery Associates, LLC; Continental Central Credit, Inc.; and Hughes Federal Credit Union,<br><br>                    Defendants. | **Case No.: 2:16-CV-03602-DJH**<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC ONLY** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff BRIAN SWONTEK ("Plaintiff") and Defendant Portfolio Recovery Associates, LLC ("PRA") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against PRA with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to PRA be vacated.

Date: April 23, 2018            **Kazerouni Law Group**

                                              By: /s/ Ryan L. McBride
                                              Ryan L. McBride
                                              Attorney for the Plaintiff

**HYDE & SWIGART**
Phoenix, Arizona