IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek, | No. CV-16-03602-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Settlement as to Defendant Portfolio Recovery Associates, LLC Only (Doc. 114).

Accordingly,

IT IS ORDERED that a Stipulation to Dismiss **as to Defendant Portfolio Recovery Associates, LLC only** shall be filed on or before **June 25, 2018**. If said Stipulation to Dismiss has not been filed by June 25, 2018, the parties shall file a Status Report to the Court on that date.

IT IS FURTHER ORDERED that any other case management deadlines as to Defendant Portfolio Recovery Associates, LLC only are VACATED.

**Dated** this 26th day of April, 2018.

Honorable Diane J. Humetewa
United States District Judge