# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-16-03602-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the Status Report as to Defendant Hughes Federal Credit Union Settlement (Doc. 115), wherein the parties request additional time to complete settlement.

Accordingly,

IT IS ORDERED that a Stipulation to Dismiss **as to Defendant Hughes Federal Credit Union only** shall be filed on or before **June 6, 2018**.  If said Stipulation to Dismiss has not been filed by June 6, 2018, the parties shall file a Status Report to the Court on that date.

**Dated** this 26th day of April, 2018.

_____
Honorable Diane J. Humetewa
United States District Judge