# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek,<br><br>   Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>   Defendants. | No. CV-16-03602-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation for Dismissal of Defendant Portfolio Recovery Associates, LLC with Prejudice (Doc. 126),

IT IS ORDERED approving the Stipulation (Doc. 126) and dismissing this action as to Defendant Portfolio Recovery Associates, LLC only, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate Defendant Portfolio Recovery Associates, LLC only.

**Dated** this 18th day of May, 2018.

Honorable Diane J. Humetewa
United States District Judge