# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　　　Defendants. | No. CV-16-03602-PHX-DJH<br><br>**ORDER** |

　　　The Court having reviewed the parties' Stipulation to Dismiss with Prejudice as to Defendant Hughes Federal Credit Union (Doc. 131),

　　　IT IS ORDERED approving the Stipulation (Doc. 131) and dismissing this action as to Defendant Hughes Federal Credit Union only, with prejudice, each party to bear its own attorneys' fees and costs.

　　　IT IS FURTHER ORDERED directing the Clerk of Court to terminate Defendant Hughes Federal Credit Union only.

　　　**Dated** this 8th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　United States District Judge