David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

*Attorneys for Plaintiff,*
Brian Swontek

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, LLC, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:16-CV-03602-DJH<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE: Plaintiff has now settled with the last remaining Defendant in this case. Plaintiff anticipates filing the Stipulation to Dismiss this action with prejudice, and with each party bearing their own attorney's fees and costs, within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated, and that the Court set a deadline on or after March 5, 2019 for filing a Request for Dismissal.

Date:  January 4, 2019                                     **HYDE & SWIGART**

　　　　　　　　　　　　　　　　　　By: s/ David J. McGlothlin
　　　　　　　　　　　　　　　　　　　　David J. McGlothlin
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*