# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek, | No. CV-16-03602-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Settlement (Doc. 141), filed on January 4, 2019.  Accordingly,

**IT IS ORDERED** that a Stipulation to Dismiss shall be filed on or before March 5, 2019.  If a Stipulation to Dismiss has not been filed by this deadline the parties shall file a Status Report to the Court on that date.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for January 22, 2019 is **VACATED**.

Dated this 7th day of January, 2019.

Honorable Diane J. Humetewa
United States District Judge