# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-16-03602-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Status Report as to Defendant Continental Central Credit, Inc. Settlement (Doc.143), wherein Plaintiff requests additional time to finalize settlement.

Accordingly,

**IT IS ORDERED** extending the deadline for the parties' Stipulation to Dismiss to April 19, 2019. If a Stipulation to Dismiss has not been filed by April 19, 2019, the parties shall file on that date a Status Report stating good cause.

Dated this 5th day of March, 2019.

Honorable Diane J. Humetewa
United States District Judge