# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek, | No. CV-16-03602-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

On March 5, 2019, the Court ordered the parties to file a Stipulation to Dismiss or a Status Report stating good cause by April 19, 2019. (Doc. 144). Despite the Order, the parties failed to file a Stipulation to Dismiss or Status Report by April 19, 2019.

Accordingly,

**IT IS ORDERED** that the parties shall file a Stipulation to Dismiss or Status Report stating good cause no later than 4:00 p.m. on April 24, 2019. Failure to comply with this order herein may result in the Court dismissing the case.

Dated this 23rd day of April, 2019.

Honorable Diane J. Humetewa
United States District Judge