# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Swontek, | No. CV-16-03602-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Dismissal of Defendant Continental Central Credit, Inc., with Prejudice (Doc.146), filed on April 24, 2019,

**IT IS ORDERED** approving the Stipulation (Doc. 146) and dismissing Defendant Continental Central Credit, Inc., from this action, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that because Continental Central Credit, Inc., is the only remaining defendant in this action, this action is dismissed in its entirety.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 24th day of April, 2019.

Honorable Diane J. Humetewa
United States District Judge